# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Fortis Networks, Inc. ) ASBCA Nos. 60285, 60286
) 60287, 60288
)
Under Contract No. N62473-12-C-4032 )

APPEARANCE FOR THE APPELLANT: David A. Rose, Esq.
Rose Consulting LLC
Valdosta, GA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Timothy J. Cothrel, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 19 March 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60285, 60286, 60287, 60288, Appeals of Fortis Networks, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals